IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 4:12CR88-MPM-JMV

GARY BECKWORTH

## ORDER SUBSTITUTING COUNSEL

The Office of the Federal Public Defender has moved *ore tenus* for an order substituting counsel in the above-styled and numbered cause. The Office of the Federal Public Defender contacted **William F. Travis, Esq.,** who agreed to be appointed as counsel to represent this defendant in his cause.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **William F. Travis, Esq.** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the ____ day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE